FILED

Margaret Botkins
Clerk of Court

1:17 pm, 3/9/26

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| VAZHA GELASHVILI,<br><br>    Petitioner,<br><br>VS.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT DENVER FIELD OFFICE DIRECTOR, *in his official capacity,* also known as, Rober Hagen,<br><br>SWEETWATER COUNTY SHERIFF*, in his official capacity*, also known as, John Grossnickle<br><br>    Respondents. | Case No. 26-CV-00042-SWS |

## WRIT OF HABEAS CORPUS

This matter having come before the Court on a Petition for Writ of Habeas Corpus by Vazha Gelashvili, and the Court being advised of the basis for the Petition,

**IT IS HEREBY ORDERED,** for those reasons set forth in this Court's Order Granting Petition for Writ of Habeas Corpus [ECF 16] that, the petition is **GRANTED.** The federal Respondent shall provide Mr. Gelashvili with an individualized bond hearing under 8 U.S.C. § 1226(a) within seven days of the Court's Order Granting Petition for Writ of Habeas Corpus.

Dated this 9th day of March, 2026.

Scott W. Skavdahl
United States District Judge