**FILED**

1:17 pm, 3/9/26

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

VAZHA GELASHVILI,

Petitioner,

VS.

UNITED STATES IMMIGRATION
AND CUSTOMS ENFORCEMENT
DENVER FIELD OFFICE DIRECTOR,
*in his official capacity,* also known as,
Rober Hagen,

SWEETWATER COUNTY SHERIFF, *in his official capacity*, also known as, John Grossnickle

Respondents.

Case No.  26-CV-00042-SWS

# FINAL JUDGMENT

This matter came before the Court on Vazha Gelashvili's petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. [ECF 1] The Court granted Mr. Gelashvili's petition and ordered Respondent to provide him with an individualized bond hearing under 8 U.S.C. § 1226(a) within seven days of the Court's order. [ECF 16] The Court retained jurisdiction over the matter to the extent necessary to see its order carried into effect. [ECF 16] On March 6, 2026, the federal respondent filed a status report wherein it reported that the bond hearing occurred and Mr. Gelashvili's request for change in status was granted on March 5, 2026.  [ECF 17]

**IT IS THEREFORE ORDERED** that, with the Court having granted the Petition for Writ of Habeas Corpus and the Federal Respondent having complied with such order, final judgment is hereby entered in favor of Petitioner and this case is closed.

Dated this 9th day of March, 2026.

                                      Scott W. Skavdahl
                                      United States District Judge